**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | : | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Therese M. Sobieski** | : | Case No.:  14-26687 |
| | : | Chapter 13 |
| **Debtor.** | : | Judge Donald R. Cassling |
| | : | * * * * * * * * * * * * * * * * * * * * * |
| | : | |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, by and through its mortgage servicing agent Caliber Home Loans Inc, | Freedom Mortgage Corporation |
| Name of Transferee | Name of Transferor |

| | |
|---|---|
| Name and Address where notices to transferee should be sent: | Court claim # (if known):  4-1 |
| | Amount of Claim |
| Manley Deas Kochalski LLC | Total Debt: $352,711.34 |
| P.O. Box 165028 | Arrearage Portion:  $46,694.24 |
| Columbus OH  43216-5028 | Date Claim Filed:  September 11, 2014 |
| | |
| Phone: c/o Keith Levy 614-220-5611 | Phone: |
| | |
| Last four Digits of Acct #: 2347 | Last Four Digits of Acct. #: 7739 |

Name and Address where transferee payments should be sent (if different from above):

Caliber Home Loans Inc
PO BOX 24610
Oklahoma City OK 73124

Phone:  c/o Keith Levy 614-220-5611
Last four Digits of Acct #: 2347

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

14-026824_CMF2

By:  /s/ Keith Levy                               Dated: October 16, 2014

Penalty for making a false statement:  Fine up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

14-026824_CMF2

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Transfer of Claim was served on the parties listed below via e-mail notification:

| | |
|---|---|
| U.S. Trustee<br>Patrick S. Layng<br>Office of the United States Trustee, Region 11<br>219 S. Dearborn Street<br>Room 873<br>Chicago, IL 60604 | James E. Sturino<br>Attorney for Therese M. Sobieski<br>Nordin & Sturino PC<br>1555 Napterville/Wheaton Road<br>Naperville, IL 60563<br>jim@nordinsturino.com |

Glenn B. Stearns
801 Warrenville Road
Suite 650
Lisle, IL 60532


The below listed parties were served via regular U.S. Mail, postage prepaid, from 1400 Goodale Blvd, Grandview Heights, OH 43212, on October 16, 2014:


Therese M. Sobieski
473 Sheffield Road
Naperville, IL 60565

/s/ Keith Levy

14-026824_CMF2