NTCASCLM

# United States Bankruptcy Court
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

Therese M. Sobieski
473 Sheffield Road
Naperville, IL 60565
SSN: xxx–xx–4433 EIN: N.A.

Case No. :   14–26687
Chapter :    13
Judge :      Donald R Cassling

---

### NOTICE TO ASSIGNOR OF FILING OF ASSIGNMENT/TRANSFER OF CLAIM

TO : Freedom Mortgage Corporation

Pursuant to Bankruptcy Rule 3001(e), you are hereby advised that there has been filed in this office an assignment to US Bank Trust NA of your claim in the above matter, designated Claim No. 4 in the amount of $352711.34.   If no objections are filed by you on or before November 6, 2014 the Court shall substitute US Bank Trust NA in your place and stead as a claimant.   If objections to the assignment of claim are filed, a hearing will be scheduled by the court. You will be notified of the date of this hearing.

For the Court,

Dated: October 17, 2014

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court